# United States District Court
# Central District of California

| | |
|---|---|
| WILMALEETA LEE,<br><br>         Plaintiff,<br><br>    v.<br><br>CALIBER HOME LOANS, INC.,<br><br>         Defendant. | Case No. 5:15-cv-01212-ODW(KK)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 16), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **on or before December 9, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action, including the Scheduling Conference, are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

October 9, 2015

_____
**OTIS D. WRIGHT, II<br>UNITED STATES DISTRICT JUDGE**